DAVID KELLEY

v.

THIRD NATIONAL BANK OF CHICAGO.

64   541
87a  420
64    541
106a   81

EXTENT OF RECOVERY—*must not exceed the ad damnum laid in the declaration.* In an action of assumpsit, it was held to be error to render a judgment upon a verdict in excess of the damages laid in the declaration.

APPEAL from the Superior Court of Cook county; the Hon. JOSEPH E. GARY, Judge, presiding.

This was an action of assumpsit, brought by the Third National Bank of Chicago against David Kelley. The damages laid in the declaration were $4000. The verdict and judgment were for the sum of $4300. Among other things, it was assigned as error that the verdict exceeded the damages laid in the declaration.

Messrs. JONES & GARDNER, and Mr. M. W. FULLER, for the appellant.

Messrs. WALKER, DEXTER & SMITH, for the appellee.

Mr. JUSTICE BREESE delivered the opinion of the Court:

This case is like the preceding in all important particulars with this exception, that the verdict exceeds the damages laid in the declaration.

This was error. *Stephens* v. *Sweeney,* 2 Gilm. 375; *Rives* v. *Kumler,* 27 Ill. 291; *Linder* v. *Monroe's Exr.* 33 ib. 388; *Pierson* v. *Finney,* 37 ib. 29.

For this error the judgment must be reversed and the cause remanded.

*Judgment reversed.*